UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PA

IN THE MATTER OF:                                                  PAGE    1

```
                                      )      CHAPTER 13
                                      )  CASE NO.      0413914
                                      )
DONALD W THORNTON                     )      DATE FILED: 03/18/2004
                                      )  DATE CONFIRMED: 10/28/2004
613 NORTHAMPTON ROAD                  )  DATE CONCLUDED: 08/12/2005
NORRISTOWN, PA  19403     DEBTOR (S)  )
                                      )
-----------------------------------------------)
```

CHAPTER 13 STANDING TRUSTEE'S
FINAL REPORT
DISMISSED AFTER CONFIRMATION

    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows

| Claim Creditor's Name | Amount Allowed | Paid to Date | Balance Due |
|---|---|---|---|
| **Unclassified** | | | |
| 004 BLANCA NERIS | 0.00 | 0.00 | 0.00 |
| 007 JUDITH T. ROMANO, ESQ. | 0.00 | 0.00 | 0.00 |
| 010 MRC RECEIVABLES CORP. | 0.00 | 0.00 | 0.00 |
| 011 FAIRBANKS CAPITAL CORP. | 0.00 | 0.00 | 0.00 |
| 012 MONTOMERY COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 |
| 020 SHERMAN ACQUISITION LLC | 0.00 | 0.00 | 0.00 |
| 021 PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 |
| | | 0.00 | |
| **SECURED** | | | |
| 001 PENNSYLVANIA DEPT. OF REVENUE | 41.36 | 0.02 | 41.34 |
| 005 CREDIT ACCEPTANCE CORP. | 9,935.50 | 1,239.41 | 8,696.09 |
| 006 FAIRBANKS CAPITAL CORP. | 32,311.16 | 4,030.68 | 28,280.48 |
| 009 MONTGOMERY CTY. TAX CLAIM BUR. | 623.74 | 77.59 | 546.15 |
| 017 NORRISTOWN AREA SCHOOL DISTRIC | 3,051.99 | 380.71 | 2,671.28 |
| | | 5,728.41 | |
| **PRIORITY** | | | |
| 008 INTERNAL REVENUE SERVICE | 11,897.33 | 0.00 | 11,897.33 |
| 101 PENNSYLVANIA DEPT. OF REVENUE | 4,513.63 | 0.00 | 4,513.63 |
| | | 0.00 | |
| **UNSECURED** | | | |
| 013 PORTFOLIO RECOVERY ASSOC. | 604.14 | 0.00 | 604.14 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PA

IN THE MATTER OF:                                                              PAGE    2

```
                                    )     CHAPTER 13
                                    ) CASE NO.      0413914
                                    )
DONALD W THORNTON                   )    DATE FILED: 03/18/2004
                                    ) DATE CONFIRMED: 10/28/2004
613 NORTHAMPTON ROAD                ) DATE CONCLUDED: 08/12/2005
NORRISTOWN, PA  19403      DEBTOR (S)   )
                                    )
-------------------------------------------------)
```

CHAPTER 13 STANDING TRUSTEE'S
FINAL REPORT
DISMISSED AFTER CONFIRMATION

Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
maintained detailed reports of receipts and disbursements which are as follows

| Claim Creditor's Name | Amount Allowed | Paid to Date | Balance Due |
|---|---|---|---|
| 108 INTERNAL REVENUE SERVICE | 6,705.90 | 0.00 | 6,705.90 |
| 201 PENNSYLVANIA DEPT. OF REVENUE | 707.00 | 0.00 | 707.00 |
| | | ------------ | |
| | | 0.00 | |
| DEBTOR ATTORNEY | | | |
| 000 DAVID B.  SPITOFSKY | 1,600.00 | 1,600.00 | 0.00 |
| | | ------------ | |
| | | 1,600.00 | |

| TOTAL RECEIPTS | DISBURSED | TRUSTEE FEES | CASH ON HAND |
|---|---|---|---|
| 7,906.00 | 7,328.41 | 577.59 | 0.00 |

```
                      UNITED STATES BANKRUPTCY COURT
                      FOR THE EASTERN DISTRICT OF PA
  IN THE MATTER OF:                                              PAGE    3


                                      )      CHAPTER 13
                                      )  CASE NO.       0413914
                                      )
  DONALD W THORNTON                    )      DATE FILED: 03/18/2004
                                      )  DATE CONFIRMED: 10/28/2004
  613 NORTHAMPTON ROAD                 )  DATE CONCLUDED: 08/12/2005
  NORRISTOWN, PA  19403        DEBTOR (S)   )
                                      )
  ------------------------------------------------)


                         CHAPTER 13 STANDING TRUSTEE'S
                               FINAL REPORT
                         DISMISSED AFTER CONFIRMATION
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.


```
                        /s/ WILLIAM C MILLER
                        SUITE 583 – THE BOURSE BLDG
                        111 S INDEPENDENCE MALL E
                        PHILADELPHIA, PA  19106
```

PRINTED  08/12/05